IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00158–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  NATHANIEL J. FELL,
    a/k/a "Romeo",

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss the Indictment and Count Two of the Second Superseding Indictment pursuant to the Plea Agreement, and the Court having considered the same,

IT IS HEREBY ORDERED that the Indictment and Count Two of the Second Superseding Indictment are dismissed this 14th day of November, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge